# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIA CAMARENA, | |
| Plaintiff, | Case No. 2:11-cv-01725-JCM-GWF |
| vs. | **ORDER** |
| MGM RESORTS INTERNATIONAL, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 25, 2011, required the parties to file a Joint Status Report no later than November 24, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **December 12, 2011.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of November, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge