1
2
3
4
5            **UNITED STATES DISTRICT COURT**
6                  **DISTRICT OF NEVADA**
7
8   ANTONIA CAMARENA,                  )
9                      Plaintiff,       )        Case No.  2:11-cv-01725-JCM-GWF
                                        )
10  vs.                                 )        **ORDER**
                                        )
11  MGM RESORTS INTERNATIONAL, *et al.*, )
12                      Defendants.      )
    _____)
13
14          This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes
15  of the Court dated October 25, 2011, required the parties to file a Joint Status Report no later than
16  November 24, 2011.  To date the parties have not complied.  Accordingly,
17          **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than
18  **December 12, 2011.**  Failure to comply may result in the issuance of an order to show cause why
19  sanctions should not be imposed.
20          DATED this 30th day of November, 2011.
21
22                                              _____
                                                GEORGE FOLEY, JR.
23                                              United States Magistrate Judge
24
25
26
27
28