# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTONIO CAMARENA,

    Plaintiff(s),

v.

MGM RESORTS INTERNATIONAL, et al.,

    Defendant(s).

2:11-CV-1725 JCM (GWF)

### ORDER

Presently before the court is defendants, MGM Resorts International's ("MGM") and Circus Circus Casinos', Inc. ("Circus Circus"), motion to dismiss. (Doc. # 14). Responses were due by plaintiff by November 23, 2012. Plaintiff has not filed a response.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

**James C. Mahan**
**U.S. District Judge**

1  In light of the plaintiffs' failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal of MGM and Circus Circus appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. #14) be, and the same hereby is, GRANTED.  The case is hereby dismissed as to defendants without prejudice.

DATED December 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -