## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CAMARENA,<br><br>            Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>            Defendant(s). | 2:11-CV-1725 JCM (GWF) |

### ORDER

Presently before the court is defendants, MGM Resorts International's ("MGM") and Circus Circus Casinos', Inc. ("Circus Circus"), motion to dismiss. (Doc. # 14). Responses were due by plaintiff by November 23, 2012. Plaintiff has not filed a response.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

**James C. Mahan**
**U.S. District Judge**

1  In light of the plaintiffs' failure to respond and weighing the factors identified in *Ghazali*,
2  the court finds dismissal of MGM and Circus Circus appropriate.
3  Accordingly,
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to
5  dismiss (doc. #14) be, and the same hereby is, GRANTED.  The case is hereby dismissed as to
6  defendants without prejudice.
7  DATED December 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -